IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAIME LUEVANO,                          )
                                        )
                    Plaintiff,          )
                                        )
          v.                            )          1:12CV251
                                        )
U.S. SUPREME IN D.C., et al.,           )
                                        )
                    Defendants.         )

ORDER

On March 19, 2012, the United States Magistrate Judge's Recommendation was filed and

notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed a document titled

"Motion for Objections and to Amend" [Doc. #5] within the time limit prescribed by Section

636 for filing objections.

The Court has reviewed Plaintiff's Motion for Objections and to Amend *de novo* and finds

it does not change the substance of the United States Magistrate Judge's Recommendation [Doc.

#3] which is affirmed and adopted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Objections and to Amend

[Doc. #5] is DENIED, and this action is DISMISSED *sua sponte* without prejudice to Plaintiff

filing a new complaint on the proper forms and in a proper district.

This, the 12th day of July, 2012.

United States District Judge