IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAIME LUEVANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:12CV251 |
| ) | |
| U.S. SUPREME IN D.C., et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

On March 19, 2012, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed a document titled "Motion for Objections and to Amend" [Doc. #5] within the time limit prescribed by Section 636 for filing objections.

The Court has reviewed Plaintiff's Motion for Objections and to Amend *de novo* and finds it does not change the substance of the United States Magistrate Judge's Recommendation [Doc. #3] which is affirmed and adopted.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Objections and to Amend [Doc. #5] is DENIED, and this action is DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint on the proper forms and in a proper district.

This, the 12th day of July, 2012.

　　　　　　　　　　　　　　　　　　　　　　　／s／ James A. Beaty
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge